# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-2603

———————————————

Spencer Daniels,

Appellant,

v.

State of Florida,

Appellee.

———————————————

On appeal from the Circuit Court for Leon County.
Robert R. Wheeler, Judge.

January 14, 2019

Per Curiam.

Affirmed.

Rowe, Ray, and Osterhaus, JJ., concur.

———————————————

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

———————————————

Spencer Daniels, pro se, Appellant.

Ashley Brooke Moody, Attorney General, Tallahassee, for Appellee.